IN RE: THE ESTATE OF BARBARO CICCIA.

October 8, 1976.  Petition for certification denied.

COUNTRY CLUB ESTATES v.
THE PLANNING BD. OF THE CITY OF VINELAND.

October 8, 1976.  Petition for certification denied.

WILLIAM E. FREEMAN v. SAMUEL J. ARNOLD.

October 8, 1976.  Petition for certification denied.

EDITH J. KISS v.
JOHNS-MANVILLE PRODUCTS CORPORATION.

October 8, 1976.  Petition for certification denied.

EDITH J. KISS v.
JOHNS-MANVILLE PRODUCTS CORPORATION.

October 8, 1976.  Cross-Petition for certification denied.

JOHN MAC CLELLAND v. COUNTY OF BERGEN.

October 8, 1976.  Petition for certification granted.